266 So.2d 441

**STATE of Louisiana ex rel. James PRESIDENT**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52730.

Sept. 27, 1972.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

266 So.2d 441

**Mrs. Samelia I. MILLER, executrix of the Estate of Norman N. Miller**

v.

**AMERICAN CASUALTY COMPANY.**

No. 52728.

Sept. 27, 1972.

Writ denied. Under the facts found by the Court of Appeal, there appears no error of law in its judgment.